IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DEWAYNE KEITH LONG JR., AND HOLLY L. LONG, | 8:15CV243 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| DEWAYNE KEITH LONG SR., AND DOES 1 THROUGH 100, Inclusive; | |
| Defendants. | |

The plaintiffs have not responded to Defendant' motion requesting additional time to amend pleading and additional time to provide the plaintiff's request for interrogatories, admission, production and inspection of relevant documents, (Filing No. 16), and the deadline for doing so has passed. The motion is deemed unopposed.

Citing a breakdown in attorney-client communications and a breach of the Legal Service Agreement, Plaintiff's counsel has moved to withdraw. (Filing No. 21).

Upon review of the motions,

IT IS ORDERED:

1) Defendant's motion for additional time, (Filing No. 16), is granted. On or before February 1, 2016, Defendant DeWayne Keith Long shall file any motion to amend his pleadings, and shall answer or otherwise respond to Plaintiffs' interrogatories, requests for admission, and requests for the production and inspection of relevant documents.

2) The motion to withdraw filed by Law Offices Of Roger E. Naghash and Roger E. Naghash, as counsel of record for Plaintiffs (Filing No. 21), is granted.

3) On or before January 7, 2016, Plaintiffs shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file

a statement notifying the court of their intent to litigate this case without the assistance of counsel. The failure to do so may result in a dismissal of the non-complying Plaintiff's claims without further notice.

4) The clerk shall mail a copy of this order to:

Plaintiffs at:

> Mr. Dewayne Keith Long Jr.
> Mrs. Holly L. Long
> 24 Granada
> Irvine, California 92602

and to the pro se defendant at:

> Dewayne Keith Long, Sr.
> Req. # 03942-30
> Federal Correction Institution, Pekin
> P. 0. Box 5000
> Pekin, Illinois, 61555

December 3, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge