IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEWAYNE KEITH LONG JR., AND HOLLY L. LONG, | 8:15CV243 |
| Plaintiffs, | |
| vs. | MEMORANDUM AND ORDER |
| DEWAYNE KEITH LONG SR., AND DOES 1 THROUGH 100, Inclusive; | |
| Defendants. | |

Plaintiffs initially filed this lawsuit through counsel on July 6, 2015. (Filing No. 1). Their attorney moved to withdraw on December 3, 2015. (Filing No. 21). That same day, the Court granted counsel leave to withdraw, further ordering:

> On or before January 7, 2016, Plaintiffs shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of their intent to litigate this case without the assistance of counsel. The failure to do so may result in a dismissal of the non-complying Plaintiff's claims without further notice.

(Filing No. 22).

On January 7, 2016, Plaintiffs orally moved for additional time to either obtain counsel or advise the Court that they intended to proceed pro se. (Filing No. 23). That oral motion was granted, the order stating:

> Plaintiffs shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of their intent to litigate this case without the assistance of counsel. The failure to do so may result in a dismissal of the non-complying Plaintiff's claims without further notice.

(Filing No. 24).

As of today, Plaintiffs have not filed a notice stating they will litigate this action without counsel, and no attorney has filed an appearance on their behalf. Plaintiffs have failed to diligently prosecute this lawsuit.

Therefore,

IT IS ORDERED:

1) Plaintiffs' complaint and all claims therein are dismissed with prejudice for want of prosecution.

2) A separate Judgment will be entered accordingly.

Dated this 9th day of February, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge